IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE No. _____

OPHIR STERNBERG, an individual,

    Plaintiff,

vs.

BAROUCH SAAR, an individual,
WORLD HILL LIMITED, a Foreign Corporation,
and STUART J. MOSKOVITZ, an individual,

    Defendants.
_____/

**NOTICE OF REMOVAL**

    NOW COMES the Defendant, Stuart J. Moskovitz, an individual ("Moskovitz"), by and through his undersigned counsel, and hereby gives notice pursuant to 28 U.S.C. 1441 et. seq., of the removal of this action from the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2017 024649-CA-01 to the United States District Court for the Southern District of Florida, based on the following:

    1.    On October 20, 2017, Plaintiff filed a Complaint against Barouch Saar, World Hill Limited, and Stuart J. Moskovitz. (Appendix 1, Index and Record).

    2.    The Complaint alleges a breach of contract action against Moskovitz (Count II) and claims that Moskovitz beached a confidentiality provision of a Settlement Agreement.

3. Pursuant to 28 U.S.C. 1332(a)(2), district courts have original jurisdiction of all civil actions where the matter in controversy is between citizen of a state and citizen or subjects of a different state, and exceed the sum of value or Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

4. Plaintiff admits, in the Complaint, that he is a resident of Florida, and that Moskovitz is a resident of New Jersey (Complaint paragraphs 2 and 5).

5. The Complaint admits that Defendant Saar is a resident of Israel; and Defendant, World Hill Limited, is a United Kingdom corporation (Complaint paragraphs 3 and 4).

6. It is clear this controversy involves a dispute between Defendants in different States and Countries.

7. Counsel has been advised that the amount in controversy is in excess of $75,000.00, exclusive of interest and costs. The Complaint alleges the violation of a confidentiality provision of a Settlement Agreement and the disclosure of the dollar amount in controversy could be considered a violation of the Settlement Agreement, and if the dollar amount is an issue to this removal, then Moskovitz will seek to have Plaintiff disclose the dollar amount of Plaintiff's alleged damage.

8. Based on the foregoing, this matter is subject to the original jurisdiction of the Court, pursuant to 28 U.S.C. 1332(a)(2,) and this case may be removed to this Court pursuant to 28 U.S.C. 1441(a) and 1446.

9. This Notice of Removal is being filed within thirty (30) days of Moskovitz' receipt of the Summons and Complaint, on October 24, 2017.[1]

10. The filing of this Notice of Removal is not a waiver of Moskovitz' right to challenge, by Motion to Dismiss, the personal jurisdiction of this Court over Moskovitz.

11. A complete copy of all process, pleadings and orders filed in the Circuit Court of Miami-Dade County Case No. 2017-024649-CA-01 as required by 28 U.S.C. 1446(a) is attached, as Appendix 1, Index of Record.

12. In compliance with 28 U.S.C. 1446(a), counsel for Moskovitz has also provided a written Notice of Removal to the Circuit Court of Miami-Dade County, a copy of which is attached to this Notice of Removal, as Appendix 2.

WHEREFORE, Defendant Moskovitz respectfully requests the above captioned lawsuit be removed to the United State District Court for the Southern District of Florida.

---

[1] Plaintiff had the Complaint and Summons delivered, to Moskovitz in New Jersey, and the return of service identified the process server as being from Miami, and he would have no authorization to serve process in New Jersey and service would not be in accordance with Rule 1.070(b) Fla. R. Civ. P. No one was appointed by the Court to perform out-of-state service in New Jersey on Moskovitz. (See Appendix 1).

Respectfully submitted,

/s/ Larry A. Zink
Larry A. Zink, Esq.
Florida Bar No. 0109592

ZINK, ZINK & ZINK CO., L.P.A.
**Florida Office:**
1198 Hillsboro Mile – Suite 244
Hillsboro Beach, FL 33062
**Ohio Office:**
3711 Whipple Ave., N.W.
Canton, OH 44718-2933
Telephone: (330) 492-2225
Facsimile: (330) 492-3956
Cell Phone: (330) 495-0171
Email: zinklaw3711@yahoo.com
*Counsel for Defendant,*
*Stuart J. Moskovitz*

## CERTIFICATE OF SERVICE

The UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, on this 9th day of November, 2017, and that the foregoing document is being served this day on all counsel of record identified on the Service List below, via transmission of Notices of Electronic Filing generated by CM/ECF.

Alan J. Kluger, Esq.
Michael S. Perse, Esq.
Kluger, Kaplan, Silverman, Katzen & Levine, P.L.
201 South Biscayne Blvd. – 27th Floor
Miami, FL 33131
Telephone: (305) 379-9000
Facsimile: (305 379-3428
Email: akluger@klugerkaplan.com
mperse@klugerkaplan.com
*Counsel for Plaintiff*

/s/ Larry A. Zink
Larry A. Zink, Esq.
Florida Bar No. 0109592

# APPENDIX 1

# TO MOSKOVITZ NOTICE OF REMOVAL

Home (http://www.miami-dadeclerk.com/home.asp)   Online Services (http://www.miami-dadeclerk.com/online_services.asp)
About Us (http://www.miami-dadeclerk.com/about.asp)   Contact Us (http://www.miami-dadeclerk.com/contact.asp)
My Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)




# Miami-Dade County Civil, Family and Probate Courts Online System

◀ Back to Results

## OPHIR STERNBERG VS BAROUCH SAAR ET AL

**Local Case Number:** 2017-024649-CA-01
**State Case Number:** 132017CA024649000001
**Consolidated Case No.:** N/A
**Case Status:** OPEN

**Filing Date:** 10/20/2017
**Case Type:** Contract & Indebtedness
**Judicial Section:** CA24

### 👥 Parties
Number of Parties: 4   ➕

### 🔨 Hearing Details
Number of Hearing: 0   ➕

### 🔖 Dockets
Dockets Retrieved: 10   ➖

⤓ Export to ▼

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 8 | 11/08/2017 | | Receipt: | Event | RECEIPT#:2070074 AMT PAID:$10.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:MASTER CARD TENDER AMT:$10.00 RECEIPT DATE:11/08/2017 REGISTER#:207 CASHIER:NMERKER |
| | 11/08/2017 | | 20 Day Summons Issued | Service | |
| 7 | 11/08/2017 | | 20 Day Summons Issued | Event | *Parties: Sternberg Ophir; Saar Barouch* |
| 6 | 10/27/2017 | | Service Returned | Event | |
| 5 | 10/24/2017 | | Receipt: | Event | RECEIPT#:2940025 AMT PAID:$10.00 ALLOCATION CODE |

| | | | | |
|---|---|---|---|---|
| | | | | QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:CHECK TENDER AMT:$10.00 RECEIPT DATE:10/24/2017 REGISTER#:294 CASHIER:MIGONZA |
| | 10/24/2017 | 20 Day Summons Issued | Service | |
| 4 | 10/24/2017 | 20 Day Summons Issued | Event | *Parties: Moskovitz Stuart J* |
| 3 | 10/24/2017 | Receipt: | Event | RECEIPT#:3490180 AMT PAID:$401.00 NAME:MICHAEL S PERSE 201 S BISCAYNE BLVD FL 27 MIAMI FL 33131-4332 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT |
|  2 | 10/20/2017 | Complaint | Event | |
| 1 | 10/20/2017 | Civil Cover | Event | |

◀ Back to Results

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH) |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Home (http://www.miami-dadeclerk.com/home.asp) | Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp) |
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp) | Contact Us (http://www.miami-dadeclerk.com/contact.asp) | MIAMI-DADE COUNTY (http://www.miamidade.gov)
About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

S0142977

Filing # 63105878 E-Filed 10/20/2017 11:39:02 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO:

OPHIR STERNBERG, an individual

    Plaintiff,

v.

BAROUCH SAAR, an individual,
WORLD HILL LIMITED, a Foreign Corporation,
and STUART J. MOSKOVITZ, an individual.

    Defendants.

_____/

## COMPLAINT

COMES NOW the Plaintiff, Ophir Sternberg ("Sternberg"), by and through his undersigned counsel, hereby sues Defendants, Barouch Saar ("Saar"); World Hill Limited ("World Hill"), and Stuart J. Moskovitz ("Moskovitz") and states as follows:

1. This is an action for damages in excess of $15,000.00 and is within the subject matter jurisdiction of this Court.

2. Plaintiff, Mr. Sternberg, is a resident of Miami-Dade County, Florida.

3. Defendant, Saar, is a resident of Israel.

4. Defendant, World Hill Limited, is a corporation incorporated in United Kingdom.

5. Defendant, Stuart J. Moskovitz, is a resident of New Jersey.

6. Jurisdiction is appropriate in Miami-Dade County, Florida as the contract at issue concerned the purchase of real property located in Miami-Dade County land performance of the

contract and Defendants' breaches occurred in Miami-Dade County, causing injury to Plaintiff, a Florida resident.

7. Plaintiff, Sternberg and Defendants, Saar and World Hill were engaged in litigation in Miami-Dade County, Florida wherein Defendants, as Plaintiffs/Judgment Creditors, sought the enforcement of an earlier obtained New York State Court Judgment against Plaintiff, Sternberg, as Defendant/Judgment Debtor.

8. After extensive negotiations, the parties, through counsel, including Moskovitz on behalf of Defendants Saar and World Hill, entered into a written Settlement Agreement on or about July 1, 2014. The Settlement Agreement contains a confidentiality provision. Accordingly, Plaintiff has not attached a copy of the Settlement Agreement to this complaint to preserve the confidentiality of the Settlement Agreement's terms and provisions. Upon information and belief, Defendants have in their possession a copy of the executed Settlement Agreement.

9. That Settlement Agreement included a provision for the payment of certain monetary sums by Sternberg. Sternberg made full and timely payment to Saar and World Hill of those monetary sums.

10. All conditions proceeding to the maintenance stat of this action have been performed by Plaintiff, have occurred, or otherwise have been waived by the actions or inactions of Defendants.

## COUNT I – BREACH OF CONTRACT
*(Against Saar and World Hill)*

11. The allegations of paragraphs 1 through 10 above are incorporated by reference as if fully set forth herein.

12. Plaintiff and Defendants, Saar and World Hill entered into a contract, (i.e. the "Settlement Agreement"). The Settlement Agreement contains a confidentiality provision.

13. Defendants breached the confidentiality provision of the contract by knowingly and intentionally directing the disclosure, through their counsel, Moskovitz, to third-parties of the monetary and other substantive of terms of the Settlement Agreement.

14. Plaintiff, Sternberg has been damaged by the Defendants' breach.

**WHEREFORE**, Plaintiff, Ophir Sternberg, hereby demands damages against Defendants, Barouch Saar and World Hill Limited, as well as costs and post-judgment interest, and for such other and further relief, as this Court, in its sound and reasonable discretion, deems just, equitable and appropriate.

## COUNT II – BREACH OF CONTRACT
### (against Moskovitz)

15. The allegations of paragraphs 1 through 10 above are incorporated by reference as if fully set forth herein.

16. Plaintiff and Defendant Stuart J. Moskovitz entered into a contract, (i.e. the "Settlement Agreement"). The Settlement Agreement contains a confidentiality provision. Plaintiff has not attached a copy to this complaint. Upon information and belief, Defendants have in their possession a copy of the executed Settlement Agreement.

17. At all relevant times Moskovitz acted as counsel and agent for the Defendants as their disclosed principal. Moskovitz breached the confidentiality provision of the contract by knowingly and intentionally disclosing to third-parties the monetary and other substantive terms of the settlement agreement.

18. Plaintiff, Sternberg has been damaged by the Defendant, Moskovitz's breach.

3

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L. • MIAMI CENTER, 27TH FLOOR, 201 SO. BISCAYNE BLVD., MIAMI, FL 33131 • 305.379.9000

WHEREFORE, Plaintiff, Ophir Sternberg, hereby demands damages against Defendant, Stuart J. Moskovitz, as well as costs and post-judgment interest, and for such other and further relief as this Court, in its sound and reasonable discretion, deems just, equitable and appropriate.

## COUNT III – DECLARATORY JUDGMENT
### (against Saar and World Hill)

19. The allegations of paragraphs 1 through 10 above are incorporated by reference as if fully set forth herein.

20. This is an action for declaratory judgment under Florida Statute 86.011.

21. Plaintiff has made full and timely payment of his monetary obligations under the Settlement Agreement and is in full compliance with its terms and obligations.

22. Defendants have nonetheless accused Plaintiff of breaching the Settlement Agreement and have threatened legal action to void the Settlement Agreement and deprive Plaintiff of the benefits of the Settlement Agreement.

23. Consequently, Plaintiff is in doubt as to his rights under the Settlement Agreement.

WHEREFORE, Plaintiff, Ophir Sternberg requests that this court issue a judicial declaration that (i) Plaintiff has made full payment of all monetary sums due to Defendant, and (ii) Plaintiff is in full compliance with the Settlement Agreement's terms and obligations.

## JURY DEMAND

Plaintiff hereby demands trial by jury on all claims and issues triable as a matter of right.

DATED: October 20, 2017

Respectfully submitted,

Kluger, Kaplan, Silverman, Katzen & Levine, P.L.
Attorneys for Plaintiff
201 South Biscayne Boulevard, 27th Floor
Miami, Florida  33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428


By: s/Alan J. Kluger
    ALAN J. KLUGER, ESQ.
    Florida Bar No: 200379
    akluger@klugerkaplan.com
    MICHAEL S. PERSE, ESQ.
    Florida Bar No: 603619
    mperse@klugerkaplan.com

Filing # 63105878 E-Filed 10/20/2017 11:39:02 AM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Ophir Sternberg</u>
Plaintiff
       vs.
<u>Barouch Saar, World Hill Limited, Stuart J Moskovitz</u>
Defendant

**II.   TYPE OF CASE**

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

- **III.** **REMEDIES SOUGHT** (check all that apply):
  - ☒ Monetary;
  - ☒ Non-monetary declaratory or injunctive relief;
  - ☐ Punitive

- **IV.** **NUMBER OF CAUSES OF ACTION: (   )**
  (Specify)

  <u>3</u>

- **V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
  - ☐ Yes
  - ☒ No

- **VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  - ☒ No
  - ☐ Yes – If "yes" list all related cases by name, case number and court:

- **VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  - ☒ Yes
  - ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Michael S Perse</u>    FL Bar No.: <u>603619</u>
      Attorney or party                                                                (Bar number, if attorney)

<u>Michael S Perse</u>    <u>10/20/2017</u>
(Type or print name)                                                                Date

Filing # 63433328 E-Filed 10/27/2017 02:47:31 PM

## RETURN OF SERVICE

State of Florida     County of Miami-Dade     Circuit Court

Case Number: 2017-024649 CA 01

Plaintiff:
**Ophir Sternberg, an individual,**

vs.

Defendant:
**Barouch Saar, an individual, World Hill Limited, a Foreign Corporation, and Stuart J Moskovitz, an individual,**

For:
Micheal Perse
Kluger Kaplan Silverman Katzen & Levine
201 S Biscayne Boulevard
17th Floor
Miami, FL 33131

Received by DLE Process Servers, Inc on the 24th day of October, 2017 at 10:24 am to be served on **Stuart J Moskovitz, 4400 Route 9 South, Suite 1000, Freehold, NJ 07728.**

I, Robert F Taylor, do hereby affirm that on the 25th day of October, 2017 at 11:14 am, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the Summons; Complaint with the date and hour of service endorsed thereon by me, to: **Stuart J Moskovitz** at the address of: **4400 Route 9 South, Suite 1000, Freehold, NJ 07728**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

Robert F Taylor
Process Server

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2017031214

# APPENDIX 2

# TO MOSKOVITZ NOTICE OF REMOVAL

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

General Jurisdiction Division
Case No: 2017-024649-CA-1

OPHIR STERNBERG, an individual,

    Plaintiff,

vs.

BAROUCH SAAR, an individual,
WORLD HILL LIMITED, a Foreign Corporation,
and STUART J. MOSKOVITZ, an individual,

    Defendants.
_____/

## NOTICE OF REMOVAL TO FEDERAL COURT

Please take notice pursuant to 28 U.S.C. 1446(a), that Defendant, Stuart J. Moskovitz, has filed a Notice of Removal on the above captioned case in the United States District Court for the Southern District of Florida.

Respectfully submitted,

/s/ Larry A. Zink
Larry A. Zink, Esq.
Florida Bar No. 0109592

ZINK, ZINK & ZINK CO., L.P.A.
**Florida Office:**
1198 Hillsboro Mile – Suite 244
Hillsboro Beach, FL 33062
**Ohio Office:**
3711 Whipple Ave., N.W.
Canton, OH 44718-2933
Telephone: (330) 492-2225
Facsimile: (330) 492-3956
Cell Phone: (330) 495-0171
Email: zinklaw3711@yahoo.com
*Counsel for Defendant,*
*Stuart J. Moskovitz*

## CERTIFICATE OF SERVICE

The undersigned HEREBY CERTIFIES that a true and correct copy of the foregoing has been sent via E-mail transmission on November 9, 2017 to:

Alan J. Kluger, Esq.
Michael S. Perse, Esq.
Kluger, Kaplan, Silverman, Katzen & Levine, P.L.
201 South Biscayne Blvd. – 27th Floor
Miami, FL 33131
Telephone: (305) 379-9000
Facsimile: (305 379-3428
Email: akluger@klugerkaplan.com
        mperse@klugerkaplan.com
*Counsel for Plaintiff*

/s/ Larry A. Zink
Larry A. Zink, Esq.
Florida Bar No. 0109592