IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-cv-24121-KMW

OPHIR STERNBERG, an individual

    Plaintiff,

v.

BAROUCH SAAR, an individual,
WORLD HILL LIMITED, a Foreign Corporation,
and STUART J. MOSKOVITZ, an individual.

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, OPHIR STERNBERG ("Sternberg"), by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the settlement of the parties' disputes and files this Notice voluntarily dismissing the above action with prejudice. The parties have agreed to bear their respective attorneys' fees and costs.

DATED:  December 19, 2017

                                  Respectfully submitted,

                                  Kluger, Kaplan, Silverman, Katzen & Levine, P.L.
                                  Attorneys for Plaintiff
                                  201 South Biscayne Boulevard, 27th Floor
                                  Miami, Florida   33131
                                  Telephone: (305) 379-9000
                                  Facsimile: (305) 379-3428

                             By: s/Alan J. Kluger
                                  ALAN J. KLUGER, ESQ.
                                  Florida Bar No: 200379
                                  akluger@klugerkaplan.com
                                  MICHAEL S. PERSE, ESQ.
                                  Florida Bar No: 603619
                                  mperse@klugerkaplan.com

Case No. 1:17-cv-24121-KMW

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 19, 2017, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF System.  I also certify that the foregoing document is being served via email to all person(s) listed on the Service List below.

By: s/Alan J. Kluger
Alan J. Kluger, Esq.

## SERVICE LIST

Larry A. Zink, Esq.
Email: Zinklaw3711@yahoo.com
*Attorney for Defendant, Stuart J. Moskovitz*